IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOSEPH RAYMOND PHILLIPS-BEY,  )  <br> ) <br> Plaintiff,  ) <br> ) <br> vs.  ) <br> ) <br> CLIFFORD BARNARD, et al.,  ) <br> ) <br> Defendants.  ) | Case No. CIV-04-1116-M |

## ORDER

On October 11, 2005, United States Magistrate Judge Gary M. Purcell issued a Supplemental Report and Recommendation in this civil rights action brought pursuant to 42 U.S.C. § 1983. The Magistrate Judge recommended that plaintiff's Motion for Default Judgment as to defendants Barnard and Dorawass be denied and that plaintiff's Motion for Default Judgment as to defendant Champion be denied. Plaintiff was advised of his right to object to the Supplemental Report and Recommendation by October 31, 2005. A review of the file reveals no objection has been filed.

Accordingly, upon de novo review, the Court:

(1) ADOPTS the Supplemental Report and Recommendation issued by the Magistrate Judge on October 11, 2005;
(2) DENIES plaintiff's Motion for Default Judgment [docket no. 42] as to defendants Barnard and Dorawass, and
(3) DENIES plaintiff's Motion for Default Judgment [docket no. 45] as to defendant Champion.

**IT IS SO ORDERED this 9th day of November, 2005.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE